FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 12 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-3065 JB |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2): |
| | ) | Felon in Possession of a Firearm and |
| HERMAN LEYVOUNE WILSON, JR., | ) | Ammunition. |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

On June 24, 2016, in Bernalillo County, in the District of New Mexico, the defendant,

**HERMAN LEYVOUNE WILSON, JR.**, a person who had been convicted of the following

felony crimes punishable by imprisonment for a term exceeding one year:

(1)    armed robbery (firearm enhancement) (CR 95-02767),

(2)    armed robbery (CR 95-02767),

(3)    conspiracy to commit armed robbery (CR 95-02767),

(4)    armed robbery (CR 97-1712),

(5)    conspiracy to commit armed robbery (CR 97-1712),

(6)    kidnapping (CR 97-1712), and

(7)    possession of a firearm by a felon (CR 97-1712),

knowingly possessed, in and affecting commerce, a firearm and ammunition, to wit:

(1) a 9mm Glock 26 pistol, and

(2) 6 rounds of 9mm ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

7/8/2016 11:24 AM