In the Name of God, Most Gracious, Most Merciful

October 201

Dear Honorable Judge Brownie,

1 of 3

All praises be God, the All-Powerful. Hopefully, I pray my letter reaches you with peace. This is my honest letter of myself. I was at an young age between 18 and 20 years old, when I was convicted of two prior felonies in 1996 and 1998. I asked the United States of America for my forgiveness of committing those crimes. I was young and foolish.

During my last imprisonment, I became a Muslim in 2000 which Islam made a huge impact and has a major role in my personal life. Honestly, Islam effected my life that it diverted me from a lot of criminal activities, and established moral commitments, and spiritual/religious guidance. I had also continued to attend Jumuah Services on Fridays at the Masjid (Mosque) until I was arrested.

While I was incarcerated, I received my G.E.D. enrolled many college courses and college credits. After my release, later on I enrolled at CNM for Philosophy, thoughts, Psychology, Modern Day Religions, and Political Science. Also, I had gotten married to my beautiful soulmate and have two beautiful children: four years old Khadijah and two years old Amin.

Since my release from prison in 2008, I have been working at Economy Gasoline (gas station) as a manager and cashier for eight years and my second job as a cashier at Dollar Tree for eight months until my arrest on June 24, 2016.

Why did I posses a fire arm? I had no reason at all and I shouldn't have had it in the first place. In fact, I never test fired it but I always kept it in my apartment. Honestly, I had never wrong intentions of misusing it. I am feeling very sad and regretful of this situation and I don't blame nobody but myself. I am unhappy and angry at myself.

Honorable Judge Brownie, I am 40 years old feeling humiliated and old to be serving prison time and being institutionalize again. I'm not criminal minded, I'm not a gangster or gang-banger, I'm not a drug dealer or a drug user, I don't smoke cigarettes, or I don't consume alcohol. I'm asking forgiveness and mercy from the United States of America and you for my apology and for a very low and very light sentence like a year and a day at the half-way house on work-release.

2 of 3

I will never possess another fire arm again. 3 of 3
I want to return home, be with my family again,
return to my jobs, and continue living peacefully.
Please accept my apology.

Sincerely and Regretfully,
Norman L. Wilson Jr.