IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
JAN 26 2017
MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-CR-3065-JB |
| | ) | |
| vs. | ) | |
| | ) | |
| HERMAN LEYVOUNE WILSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION FOR § 3E1.1(b) DOWNWARD ADJUSTMENT

Pursuant to USSG § 3E1.1(b), the United States moves for a one-level downward adjustment in the Defendant's sentencing guidelines offense level.

1.  Pursuant to USSG § 3E1.1(a), the Defendant has clearly demonstrated acceptance of responsibility for this offense. The Defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of the Defendant's intention to enter a plea of guilty.

2.  Prior to the operation of USSG § 3E1.1(a), the Defendant's offense level was 16 or greater.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ George C. Kraehe*
GEORGE C. KRAEHE
Assistant U. S. Attorney
P.O. Box 607
Albuquerque, NM  87102
(505) 346-7472

I HEREBY CERTIFY that a true
copy of this Motion was provided
to Counsel for Defendant.